# United States District Court
## Southern District of Georgia

Anthony D. Knight

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-102

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order date August 19, 2016, adopting the Report and

Recommendation of the Magistrate Jude as the opinion of this Court; dying Knight's 2255 petition.

This action stands closed.

| | |
|---|---|
| August 19, 2016 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |